**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | |
|---|---|
| MAURICE MABON, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    No. 2:23-cv-02588-SHL-tmp |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**   This action having come before the Court on Petitioner's Petition (ECF No. 1), filed September 18, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying § 2255 Petition to Vacate (ECF No. 16), filed July 15, 2026, the Petition is **DENIED**.

APPROVED:

s/ Sheryl H. Lipman
_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

July 15, 2026
_____
Date